January 25, 2008

Mr. Bob E. Shannon
Baker Botts LLP
98 San Jacinto Blvd., Suite 1500
Austin, TX 78701-4039
Mr. R. Matthew Molash
Hughes & Luce, L.L.P.
1717 Main Street, Suite 2800
Dallas, TX 75201

RE: Case Number: 05-0126
 Court of Appeals Number: 05-04-01562-CV
 Trial Court Number: 1 04 734

Style: THE CITY OF ROCKWALL, TEXAS
 v.
 VESTER T. HUGHES, AS SOLE INDEPENDENT EXECUTOR OF THE ESTATE OF W. W.
 CARUTH, DECEASED

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Lisa Matz |
| |Ms. Kay McDaniel |
| |Mr. Theodore Paul |
| |Gorski Jr. |
| |Mr. Edwin M. Snyder |
| |Mr. Scott Houston |
| |Mr. Darrin M. Coker |
| |Mr. Brian D. Shannon |
| |Mr. L. Stanton Lowry |
| |Mr. M. Scott Norman Jr.|